UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 00-6444
(CA-99-103-5)

In Re: Vincent Eugene Lineberger,

                                        Petitioner.

O R D E R

The court amends its opinion filed June 6, 2000, as follows:

On the cover sheet, section 3 -- the district court number

is corrected to read "CA-00-103-5."

                              For the Court - By Direction

                              /s/ Patricia S. Connor
                                      Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6444**

---

In Re: VINCENT EUGENE LINEBERGER,

Petitioner.

---

On Petition for Writ of Mandamus.  (CA-00-103-5)

---

Submitted:  May 25, 2000                     Decided:  June 6, 2000

---

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Vincent Eugene Lineberger, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

On March 31, 2000 Vincent E. Lineberger filed this petition for writ of mandamus seeking an order directing the district court to act on his petition for a writ of habeas corpus and his motions for preliminary injunction and bond pending review which he filed in February and March 2000. Because it has been less than six months since Lineberger filed his action in the district court, we find no undue delay. Thus, mandamus relief is not warranted. Although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not significantly aid in the decisional process.

PETITION DENIED

3